*C. I. Walker,* for the relator.

---

## John Carpenter v. The People.

*Practice in the Supreme Court: Notice of motion.* Motions in causes, not on the docket, will not be heard without notice.

*Heard and decided July 7.*

Error to Wayne Circuit.

This was a motion for final judgment, the defendant in error not having complied with the prior order of this Court to perfect the record.

19 MICH.—B.

The case was not upon the docket, and no notice had been given of the application.

The Court held, that it being a motion in the cause, notice was requisite.

Defendant in error then moved, upon affidavit, for further time to perfect the record. The showing not being sufficient, the Court denied the same.

*H. M. Cheever,* for plaintiff in error.

*C. Joslin,* for defendant in error.